**F I L E D**

NOV 0 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

0 7 C R 5 0 0 5 2

Case Number:

Case Name: **U.S. v. Bethann Gilroy**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   **FELONY** ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)            ☐ Income Tax Fraud ......... (II)         ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ....... (II)         ☒ Postal Fraud ............ (II)          ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery ......... (II)             ☐ Other Fraud ............. (III)         ☐ Immigration Laws ........... (IV)
   ☐ Post Office Robbery ..... (II)          ☐ Auto Theft .............. (IV)          ☐ Liquor, Internal Revenue Laws .. (IV)
   ☐ Other Robbery ........ (II)             ☐ Transporting Forged Securities . (III)  ☐ Food & Drug Laws ........... (IV)
   ☐ Assault .............. (III)            ☐ Forgery ................. (III)         ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............. (IV)             ☐ Counterfeiting .......... (III)         ☐ Selective Service Act ....... (IV)
   ☐ Larceny and Theft ..... (IV)            ☐ Sex Offenses ............ (II)          ☐ Obscene Mail .............. (III)
   ☐ Postal Embezzlement ... (IV)            ☐ DAPCA Marijuana ........ (III)         ☐ Other Federal Statutes ....... (III)
   ☐ Other Embezzlement ... (III)            ☐ DAPCA Narcotics ........ (III)          ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information
    Title 18, United States Code Section 1341

    _[signature]_
    JOSEPH C. PEDERSEN
    Assistant United States Attorney

(Revised 12/99)