UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED**

NOV 0 2 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 50052 |
| | ) | Judge Frederick J. Kapala |
| BETHANN R. GILROY | ) | |

## WAIVER OF INDICTMENT

I, BETHANN R. GILROY, individually and through my attorney, BRADLEY SCHRIEBER, acknowledge as follows:

1. I have been provided with a proposed Criminal Information, a copy of which is attached hereto, charging me with the offense of mail fraud, in violation of Title 18, United States Code, Section 1341.

2. I understand that I have the right to have the charge against me contained in the proposed Criminal Information prosecuted by an indictment returned by a concurrence of twelve or more members of a legally constituted grand jury consisting of not less than sixteen and not more than twenty-three members.

3. I hereby waive my right to have the charge against me contained in the proposed Criminal Information prosecuted by an indictment and to assert at trial or on appeal any defects or errors arising from the Information, the information process, or the fact that I have been prosecuted by information.

4. Other than as provided in paragraph three, I understand that by waiving indictment I am not giving up any defenses which I may have to the charge against me contained in the proposed Criminal Information.

5. I have read this waiver, carefully reviewed each provision of it with my attorney, and understand its meaning. Understanding the meaning of this waiver, I knowingly and voluntarily enter it, this 20th day of October, 2007.

_____
BETHANN R. GILROY
Defendant

_____
BRADLEY SCHREIBER, Esq.
Attorney for Defendant
One Court Place
Suite 301
Rockford, IL 61101-1030
(815) 985-7000