## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Western Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                  Case No.: 3:07−cr−50052
                                  Honorable Frederick J. Kapala

Bethann R Gilroy

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 2, 2007:

      MINUTE entry before Judge Frederick J. Kapala : Arraignment & plea/initial appearance proceedings set for 11/16/2007 at 02:30 PM. Electronic/Telephoned notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.