UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 50052 |
| | ) | Judge Frederick J. Kapala |
| BETHANN R. GILROY | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States

Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as

to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C),

Title 28, United States Code, Section 2461(c) and Fed. R. Crim. P. 32.2, and in support thereof

submits the following:

1.      On November 2, 2007, an information was filed charging defendant BETHANN R.

GILROY with mail fraud pursuant to the provisions of 18 U.S.C. § 1341.

2.      The information sought forfeiture to the United States of certain property pursuant

to the provisions of 18 U.S.C. § 981(a)(1)(D)(v) and 28 U.S.C. § 2461(c).  The parties agree that this

forfeiture statute was charged in error and that the correct forfeiture provisions are included under

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  The property identified in the forfeiture

allegation of the information as subject to forfeiture includes, but is not limited to, one 2004 Harley

Davidson Sportster motorcycle bearing vehicle identification number 1HD1CGP104K31451 ("2004

Harley Davidson").

3.      On November 16, 2007, pursuant to Fed. R. Crim. P. 11, defendant BETHANN R.

GILROY entered a voluntary plea of guilty to the information, charging her with a violation of 18

U.S.C. § 1341, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

4.      Pursuant to the terms of the plea agreement and as a result of her violation of 18 U.S.C. § 1341, defendant BETHANN R. GILROY agreed that funds in the amount of approximately $859,369.17 and the 2004 Harley Davidson are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), as property which constitutes proceeds of the violation alleged in the information.

5.      Defendant BETHANN R. GILROY further agreed to relinquish any right of ownership she has in the above-described funds and property and further agreed to the entry of a preliminary order of forfeiture as to the foregoing funds and property, pursuant to 18 U.S.C. § 981(a)(1)(C), prior to the time of sentencing, forfeiting all right, title, and interest she has in the funds and property, for disposition according to law.

6.      Accordingly, the United States requests that this Court enter a judgment against defendant BETHANN R. GILROY and further enter a preliminary order of forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), forfeiting all right, title, and interest defendant BETHANN R. GILROY has in funds in the amount of $859,369.17 and the 2004 Harley Davidson, as property which constitutes proceeds traceable to the mail fraud violation charged in the information.

7.      Pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Fed. R. Crim. 32.2, if any of the funds in the amount of the $859,369.17 money judgment entered against defendant BETHANN R. GILROY, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

2

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value, or

      e.      has been commingled with other property which cannot be divided without difficulty;

the United States shall request that this Court order the forfeiture of any other property belonging to the defendant up to the value of $859,369.17 in order to satisfy the money judgment entered by the Court.

8.      Since funds in the amount of the outstanding judgment cannot be located to satisfy the forfeiture judgment, pursuant to the provisions of 21 U.S.C. § 853(p) and by Fed. R. Crim. P. 32.2, the United States, upon motion to this Court, has the authority to forfeit substitute assets to satisfy the money judgment. Should assets become available to satisfy the forfeiture judgment in the future, the United States shall, at that time, file a motion for substitution of assets before this Court requesting permission to seize such assets and publish notice of the United States' intent to forfeit the property to satisfy any the forfeiture money judgment according to law.

9.      Pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), upon entry of this preliminary order of forfeiture, the United States Marshals Service shall seize and take custody of the 2004 Harley Davidson for disposition as the Attorney General may direct.

10.      Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), upon the entry of this preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the 2004 Harley Davidson according to law. The United States may also, pursuant to statute, to the extent practicable, provide written notice

to any person known to have alleged an interest in the subject vehicle that is the subject of the preliminary order of forfeiture. The government is unaware, at this time, of anyone that qualifies for such notice.

11.     Further, pursuant to the provisions of 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), if following notice as directed by this Court, and 21 U.S.C. § 853(n)(1), any person, other than the defendant, asserts an interest in the subject vehicle that has been ordered forfeit to the United States, within thirty days of the final publication of notice or this receipt of notice under paragraph ten (10), whichever is earlier, and petitions the Court for a hearing to adjudicate the validity of this alleged interest in the subject vehicle, the government shall request a hearing. The hearing shall be held before the Court alone, without a jury.

12.     Following the Court's disposition of all third party interests, the Court shall, if appropriate, enter a final order of forfeiture as to the subject vehicle more fully described above, vesting clear title in the United States of America.

13.     The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant BETHANN R. GILROY and included in any judgment and commitment order entered in this case against her.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to the following property, in accordance with the draft preliminary order of forfeiture which is submitted herewith:

(a)     a judgment in the amount of $859,369.17; and

(b)     one 2004 Harley Davidson Sportster motorcycle bearing vehicle identification number 1HD1CGP104K31451 .

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
United States Attorney's Office
308 West State Street
Suite 300
Rockford, Illinois 61101
(815) 987-4444

CERTIFICATE OF FILING AND SERVICE

I, JOSEPH C. PEDERSEN, certify that on November 19, 2007, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION OF THE UNITED STATES FOR ENTRY OF
A PRELIMINARY ORDER OF FORFEITURE**

were served pursuant to the district court's ECF system as to ECF filers, including Attorney Bradley Schreiber, Esq., and were hand-delivered on November 19, 2007, to the following non-ECF filers:

Tori Powell
United States Probation Officer
United States Probation Office
Northern District of Illinois
211 South Court Street, Room 114-B
Rockford, Illinois 61101
Fax: (815)987-4362

 /s Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Room 300
Rockford, Illinois 61101
815-987-4444