UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50052 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| BETHANN R. GILROY | ) | |

**NOTICE OF MOTION**

To: Bradley Schreiber, Esq.
Attorney for Defendant
One Court Place
Suite 301
Rockford, IL 61101-1030

**PLEASE TAKE NOTICE** that on Thursday, February 7, 2008, at 2:30 p.m., at the opening of Court or as soon thereafter as counsel may be heard, I will appear before United States District Judge Frederick J. Kapala in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other district court judge as may be sitting in his place and stead, and then and there present: United States' Motion For Entry of a Preliminary Order of Forfeiture, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:   s/ Joseph C. Pedersen
JOSEPH C. PEDERSEN
Assistant United States Attorney
308 West State Street - Suite 300
Rockford, Illinois  61101
(815) 987-4444

**CERTIFICATE OF FILING AND SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), on November 19, 2007, the following document:

**NOTICE OF MOTION**

were served pursuant to the district court's ECF system as to ECF filers, including Attorney Bradley Schreiber, Esq., and were hand-delivered on November 19, 2007, to the following non-ECF filers:

    Tori Powell
    United States Probation Officer
    United States Probation Office
    Northern District of Illinois
    211 South Court Street, Room 114-B
    Rockford, Illinois 61101

    /s Joseph C. Pedersen
    JOSEPH C. PEDERSEN
    Assistant United States Attorney
    308 West State Street - Room 300
    Rockford, Illinois 61101
    815-987-4444