UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:   07 CR 50052 |
| ) | Judge Frederick J. Kapala |
| vs. ) | |
| ) | |
| BETHANN R. GILROY, ) | |
| ) | |
| Defendant, ) | |

## MOTION AND MEMORANDUM IN SUPPORT OF VARIANCE

NOWNOW NOW COMES the Defendant, BETHANN GILROY, by her Attorney BradleyNOW SchreiberSchreiber and THE SCHREIBER LAW FIRM, and in support of sSchreiber and THE SCH follows:

## INTRODUCTION

TheThe Defendant, BETHANN GILROY was charged via a waiver of iThe Defendant, BETH violativiolatingviolating Title 18, United States Code, Section 1341.  On November 16, 200violat DefendantDefendant plead guilty pursuant to Defendant plead guilty pursuant to a written pleDefend FederalFederal Rules of CriminaFederal Rules of Criminal Federal Rules of Criminal Procedure, 18 opinionsopinions in United States vs. Bookeropinions in United States vs. Booker 543opinions in Unite S.S. Ct. 2456 (2007), the S. Ct. 2456 (2007), the DefendS. Ct. 2456 (2007), the Defendant requ support:

## SENTENCING FACTORS

Unde    Under t    Under the guidelines range, the Defendant is facing a period of incarceration

Bureau of Prisons. As the Court is aware, as outlined in Sec[tion] merely a sentence factor. In the present case, upon application [of the] considerations set forth in Section 3553, a sentence of Probation w[ith] restitution is warranted.

A.  <u>The History and Characteristics of the Defendant:</u>

Bethann Gilroy's conduct in this case must be considered in the context of her background and history. As outlined in the pre-sentence report, prior to [this], Bethann Gilroy has been an exemplary citizen [with no Juvenile] Adjudications and has never had a adult offenses. She is also the co-owner of Mud Puddle[s which] is a small business coffee shop which employs two other individuals.

In addition, the criminal conduct of Bethann Gilroy occurred [under unique] circumstances. At the time of her criminal conduct, [she was recovering from a] breast reduction surgery because of abnormalities. In addition, [her father is afflicted] with stage IV cancer which he currently undergoes chemotherapy for a[nd relies] upon Ms. Gilroy for his care regarding physician appointments and his overall care.

Clearly the pre-sentence report confirms that Ms. Gilroy has incurred a lengthy history of mental depression and suicidal thoughts stemming [from and] correlated from the medical records stemmed from prior sexual abuse as [well] as a miscarriage in 1995.

When discharged from Rockford Memorial Hospital, the diagnosis indicate[d] Depression, post traumatic stress disorder as well as a [suicidal tendencies]. Ms. Gilroy failed to receive adequate treatment. As a result, Ms. Gilroy was again admitted to Swedich American Hospital on June 19, 2001 for chronic de[pression and suicidal] tendencies. Not until after August 9, 2007 [did Ms. Gilroy receive proper care] for her mental and clinical psychological disorders through treatment wit[h Dr.] Carter.

Ms. Gilroy's prior sexual abuse and resulting anxiety, depression have now been diagnosed and identified and Ms. Gilroy... Given Bethann Gilroy's complete lack of [...] employment history, her employment history, her criminal conduct [...] surrounding her conduct and attitude. Those [...] resolved.

Bethann is a 33 year old female unable to have children. However it is a clear and consistent theme throughout the pre-sentence report as [...] cooperation throughout the pending investigation that she is a wonderful daughter and extremely loyal friend to many. Given the extreme[...] criminal conduct, a sentence of probation is appropriate.

B. <u>The Nature and Circumstances of the Offense</u>

As previously outlined, Bethann Gilroy became part of a scheme [...] property from Motorola Corporation by ways of her employment and as part of the management team of Motorola. From the very [...] Ms. Gilroy has been cooperative and has helped [...] plea agreement with authorities prior to her being indicted. She has cooperated [...] U.S. Postmaster General in forfeiting and putting [...] the scheme. This cooperation with the appropriate governi[ng authorities prior to] indictment, is also a relevant factor and consistent with a variance.

C. <u>Purpose of Sentence and Available Sentences</u>

Bethann Gilroy's plea to the commission of her [offense should] be looked at from the point of view that her actions were non-violent in nature.

Consistent with the commission of a felony, a sentence [...]

significant period of home confinement, community service, and restitution.

It is   It is not necessary to imprison Bethann Gilroy to deter future criminal conduct.   It is not necess GilroyGilroy began cooperating with investigators from Gilroy began cooperating with investigators subsequent months, she has had no criminalsubsequent months, she has had no criminal involvemer aa positive influence on the community througha positive influence on the community through her active takingtaking as a stage IV cancer patient. Shetaking as a stage IV cancer patient. She has complied v allall conditall conditions of her release. She has sought and continues to receive good adequaall c counselingcounseling for her childhood sexucounseling for her childhood sexual abucounsel circumstancescircumstances that led tocircumstances that led to her criminal conductcircumstances th demonstrates a very low risk of recidivism.

A   A short sentence of imprisonment will also satisfy the   A short sentence of imprisonment will also thethe need to protect the public, to promote respect for the law, and to providethe need to protect the Motorola.Motorola. The fact that Bethann GilroyMotorola. The fact that Bethann Gilroy has an excellen ownerowner of Mowner of Mud Puddleowner of Mud Puddles Café and as Management trainee with victimvictim in this mattvictim in this matter tvictim in this matter the opportunity to recoup any restitu TheThe fact that Bethann Gilroy has no prior criminal history and has cThe fact that Bethann Gilr offenses demonstrates protection of the public should not be a significant concern.

A sentence of probation will also   A sentence of probation will also advance the public interest   A s noted,noted, Bethann Gilroy gas a excellent emplonoted, Bethann Gilroy gas a excellent employme serviceservice business. However, the investigation and charges have had a severe economic effecteffect on the family.effect on the family. effect on the family. Through this, Bethann Gilroy has mair earningearning a second income as a managerearning a second income as a manager trainee with Cin ifif allowed to continue to work, she willif allowed to continue to work, she will be able toif allowed to conti forth by her family as ordered by the court in a timely fashion.

Finally, a sentence    Finally, a sentence of imprisonment is not necessary to promote respect fo thisthis instant case. As outlthis instant case. As outlinethis instant case. As outlined in the pre-ser beenbeen an honest , hard working and caring frbeen an honest , hard working and caring frien convictedconvicted felon, which wilconvicted felon, which will effecconvicted felon, which will effect h

investigation and compliance withinvestigation and compliance with the pre-trial release, the Defendan respect for the law.

## **CONCLUSION**

For the foregoing reasons, the Defendant respectfully    For the foregoing reasons, the Defendant r enterenter a sentence of probation, with aenter a sentence of probation, with any apenter a sentenc serveserve theserve the interest of the public while taking into account the sentencingserve the interes Section 3553.

Respectfully submitted,

BY:BY: _____
        Bradley J. Schreiber
        Attorney for Defendant
        Bethann Gilroy

Prepared By:
The Schreiber Law Firm
Bradley J. Schreiber #4338
One Court Place, Suite 301
Rockford, IL.  61101
(815) 964-4601