Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50052 - 1 | **DATE** | 2/07/2008 |
| **CASE TITLE** | USA vs. Bethann Gilroy | | |

**DOCKET ENTRY TEXT:**

Sentencing hearing held. Defendant's motion for variance [11] is denied. USA's motion for entry of a preliminary order of forfeiture [6] is granted. Enter preliminary order of forfeiture and judgment in a criminal case.

*[signature]*

Docketing to mail notices.

01:00

**FILED**

FEB 20 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|