U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED U.S. MARSHAL | 07 CR 50052 |
| DEFENDANT | 08 MAR -6 AM 9:00 | TYPE OF PROCESS: |
| BETHANN GILROY | N. DIST OF ILL. | PRELIMINARY ORDER OF FORFEITURE/NOTICE OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One 2004 Harley Davidson Sportster motorcycle, VIN:1HD1CGP104K31451

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

c/o United States Postal Inspection Service, 433 West Harrison Street, 6th Floor, Chicago, Illinois 60669 ATTN: Connie Allen

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: KATIE MILLER, AFU

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE REQUIRED**

08-USP-000134 (2004 HARLEY SPORTSTER)

FILED
MAR 13 2008
MAR 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 0 5 2008

PREPARED BY: K. MILLER

Signature of Attorney or other Originator requesting service on behalf of:
JOSEPH PEDERSEN, AUSA
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (312) 353-5300

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. ___ | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): Connie Allen

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/11/08   Time: 1:15 pm

Signature of U.S. Marshal or Deputy: James D. DeVito

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: