# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL<br>08 MAR -6 AM 9:00<br>N. DIST. OF ILL. | COURT CASE NUMBER<br>07 CR 50052 |
| DEFENDANT<br>BETHANN GILROY | | TYPE OF PROCESS:<br>PRELIMINARY ORDER OF FORFEITURE/NOTICE OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**United States Marshals Service**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**219 South Dearborn, Room 2444, Chicago, Illinois 60604, ATTN: Cynthia Villarruel**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: KATIE MILLER, AFU

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Please publish once a week for three consecutive weeks in a newspaper of general circulation**

08-USP-000134 (2004 HARLEY SPORTSTER)

PREPARED BY: K. MILLER

Signature of Attorney or other Originator requesting service on behalf of:
JOSEPH PEDERSEN, AUSA    ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (312) 353-5300

DATE: MAR 0 5 2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

FILED APR 0 9 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

① 

Date of Service: 3/21/08   Time: 11:00 am

Signature of U.S. Marshal or Deputy: Melody A Waldron

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Published in the Rockford Register Star from March 7, 2008 - March 21, 2008

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt

**NOTICE OF FORFEITURE**
On February 7, 2008, the United States District Court for the Northern District of Illinois, in a case entitled United States v. Bethann R. Gilroy, No. 07 CR 50052, ordered forfeiture to the United States of the following property pursuant to 18 U.S.C. § 981(a)(1)(C) as incorporated by 28 U.S.C. § 2461(c):
one 2004 Harley Davidson Sportster motorcycle, bearing VIN: 1HD1CGP104K31451.
The Attorney General of the United States intends to dispose of the property. In accordance with 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c), any persons or entities alleging an interest in such properties must file a petition with the Court and the United States Attorney's Office, 308 West States Street, Suite 300, Rockford, Illinois 61101, within thirty (30) days of either the publication of this notice or receipt thereof by mail, whichever is earlier. The petition must be signed by the petitioner under penalty of perjury and must set forth:
(1) the nature and extent of the petitioner's right, title or interest in such property;
(2) the time and circumstances of the petitioner's acquisition of the right, title or interest in the property;
(3) any additional facts supporting the petitioner's claim; and
(4) the relief sought.
A hearing on the petitions may be held by the Court, notice of which shall be given to all Petitioners. If you fail to file a petition to assert your right, title or interest in the above-described property, within thirty (30) days of this notice, your right, title and interest in this property shall be defaulted and declared forfeit to the United States. The United States then shall have clear title to the property herein described and may warrant good title to any subsequent purchaser or transferee.
Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.
KIM R. WIDUP
United States Marshal
Northern District of Illinois
219 South Dearborn Street
Room 2444
Chicago, Illinois 60604
RRS Mar 7, 14, 21

---

**STATE OF ILLINOIS**
**County of Winnebago**    **CITY OF ROCKFORD:ss.**

GATEHOUSE MEDIA, Inc., a corporation organized and existing under and pursuant to the laws of the state of Delaware with its principal office in City of Rockford, Winnebago County, Illinois, certifies that it is publisher of

The **Rockford Register Star**

that such paper is secular newspaper of general circulation in said county; that it is printed and published in the City, County and State aforesaid, it hereby further certifies that a notice of which the annexed notice is a true copy, has been legally published in said newspaper.

_Three_ Time for _3_ successive _weeks_

That the first publication was on the _7_ day of _May_ 20 _08_

The last publication was on the _21_ day of _May_ 20 _08_

It further certifies that said newspaper has been regularly published for one year prior to the first publication of said notice.

IN WITNESS WHEREOF the said GATEHOUSE MEDIA INC. Information Network, Inc., publisher aforesaid, has hereunto caused its corporate name to be hereunto signed on this _26_ day of _May_ A.D. 20_08_ by its duly authorized agent pursuant to a resolution adopted by the Board of Directors of GATEHOUSE MEDIA, INC.

RESOLVED, that a certificate of publication of legal notices may be signed on behalf of this corporation and its corporate name with or without its corporate seal by any or either of the following offices or agents:
President, Secretary, Asst. Secretary, Comptroller, or Cashier.

**GATEHOUSE MEDIA, INC.**

By _____

Its _Cashier_

Printers Fee $ _731.21_   Paid _____ 20 _____

Case No. _____

# Certificate of Publication
by the
Rockford Register Star
Rockford, Illinois