UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 50052 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| BETHANN R. GILROY | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF
FINAL ORDER OF FORFEITURE**

The UNITED STATES OF AMERICA, through PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c) and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1.	On November 2, 2007, an information was filed charging defendant BETHANN R. GILROY with mail fraud pursuant to the provisions of 18 U.S.C. § 1341.

2.	The information sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. § 981(a)(1)(D)(v) and 28 U.S.C. § 2461(c). The parties agree that this forfeiture statute was charged in error and that the correct forfeiture provisions are included under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property identified in the forfeiture allegation of the information as subject to forfeiture includes, but is not limited to, one 2004 Harley Davidson Sportster motorcycle bearing vehicle identification number 1HD1CGP104K31451 ("2004 Harley Davidson").

3.	On November 16, 2007, pursuant to Fed. R. Crim. P. 11, defendant BETHANN R. GILROY entered a voluntary plea of guilty to the information, charging her with a violation of 18 U.S.C. § 1341, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. §

981(a)(1)(C).

4. Pursuant to the terms of the plea agreement and as a result of her violation of 18 U.S.C. § 1341, defendant BETHANN R. GILROY agreed that funds in the amount of approximately $859,369.17 and the 2004 Harley Davidson are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), as property which constitutes proceeds of the violation alleged in the information.

5. Defendant BETHANN R. GILROY further agreed to relinquish any right of ownership she has in the above-described funds and property and further agreed to the entry of a preliminary order of forfeiture as to the foregoing funds and property, pursuant to 18 U.S.C. § 981(a)(1)(C), prior to the time of sentencing, forfeiting all right, title, and interest she has in the funds and property, for disposition according to law.

6. On February 7, 2008, this Court entered a preliminary order of forfeiture forfeiting all right, title, and interest of defendant BETHANN R. GILROY in the $859,369.17 judgment and the 2004 Harley Davidson for disposition according to law.  The Court directed the United States Marshals Service, pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), to seize and take custody of the foregoing property for disposition as the Attorney General may direct. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1),  as incorporated by 28 U.S.C. § 2461(c), the United States was ordered to publish notice of its intention to dispose of the foregoing property.

7. Also on February 7, 2008, this Court entered a judgment against defendant BETHANN R. GILROY.  As part of the defendant's sentence, as detailed in the judgment, this Court ordered restitution in the amount of $859,369.17, to be paid by the defendant to Motorola.

8.    Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), once a week for three consecutive weeks beginning on March 7, 2008 and ending on March 21, 2008, the *Rockford Register Star* published notice of the United States' intention to dispose of the foregoing property as it pertains to defendant BETHANN R. GILROY. Additionally, notice of criminal forfeiture proceeding was posted on an official government internet site for at least 30 consecutive days beginning on March 6, 2008. Copies of the certificates of publication are attached and marked as Exhibit A.

9.    Bradley John Schreiber, as attorney for defendant BETHANN R. GILROY, was duly served with copies of the Notice of Forfeiture and the Preliminary Order of Forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), and 28 U.S.C. § 2461(c), no other parties are known to have an interest in the property and accordingly, no other parties were personally served with a copy of the notice of publication and preliminary order of forfeiture.

10.    To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to do so has expired.

11.    Therefore, the United States requests that this Court enter a final order of forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), as to one 2004 Harley Davidson Sportster motorcycle bearing vehicle identification number 1HD1CGP104K31451.

12.    The United States further requests that the net proceeds from the sale of the 2004 Harley Davidson, after the deduction of certain costs incurred by the United States Marshals Service, be credited toward the forfeiture judgment the Court entered against defendant BETHANN R. GILROY.

13.    Pursuant to 21 U.S.C. § 853(i)(1), as incorporated by 28 U.S.C. § 2461(c), the

Attorney General is authorized to:

> grant petitions for mitigation or remission of forfeiture, *restore forfeited property to victims of a violation of this subchapter*, or take any other action to protect the rights of innocent persons which is in the interest of justice and which is not inconsistent with the provisions of this section [emphasis added].

Accordingly, upon entry of the final order of forfeiture, matters relating to the victim will then be addressed.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a final order of forfeiture as to one 2004 Harley Davidson Sportster motorcycle bearing vehicle identification number 1HD1CGP104K31451, in accordance with the draft preliminary order of forfeiture which is submitted herewith.

                          Respectfully submitted,

                          PATRICK J. FITZGERALD
                          United States Attorney

By:    /s Joseph C. Pedersen
       JOSEPH C. PEDERSEN
       United States Attorney's Office
       308 West State Street
       Suite 300
       Rockford, IL 61101
       (815) 987-4444

CERTIFICATE OF FILING AND SERVICE

      I, JOSEPH C. PEDERSEN, certify that on May 15, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION OF THE UNITED STATES FOR ENTRY OF  
FINAL ORDER OF FORFEITURE**

were served pursuant to the district court's ECF system as to ECF filers, including Attorney Bradley Schreiber, Esq., and were hand-delivered on May 15, 2008, to the following non-ECF filers:

      Tori Powell  
      United States Probation Officer  
      United States Probation Office  
      Northern District of Illinois  
      211 South Court Street, Room 114-B  
      Rockford, Illinois 61101  
      Fax: (815)987-4362

      /s Joseph C. Pedersen  
      JOSEPH C. PEDERSEN  
      Assistant United States Attorney  
      308 West State Street - Room 300  
      Rockford, Illinois 61101  
      815-987-4444