Case 3:07-cr-50052    Document 18-2    Filed 05/15/2008    Page 1 of 5

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL | COURT CASE NUMBER<br>07 CR 50052 RECEIVED BY USAO |
|---|---|---|
| DEFENDANT<br>BETHANN GILROY | 08 MAR -6 AM 9:00<br>N. DIST. OF ILL. | TYPE OF PROCESS:<br>PRELIMINARY ORDER OF FORFEITURE / NOTICE OF FORFEITURE  APR 0 9 2008  FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

219 South Dearborn, Room 2444, Chicago, Illinois 60604, ATTN: Cynthia Villarruel

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J,. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: KATIE MILLER, AFU

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Please publish once a week for three consecutive weeks in a newspaper of general circulation**

08-USP-000134 (2004 HARLEY SPORTSTER)           PREPARED BY: K. MILLER

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT<br>JOSEPH PEDERSEN, AUSA | TELEPHONE NUMBER<br>(312) 353-5300 | DATE<br>MAR 0 5 2008 |
|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/21/08     Time: 11:00 am

Signature of U.S. Marshal or Deputy: Melody A. Waldron

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

Published in the Rockford Register Star from March 7, 2008 - March 21, 2008

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt

STATE OF ILLINOIS }
County of Winnebago } CITY OF ROCKFORD:ss.

GATEHOUSE MEDIA, Inc., a corporation organized and existing under and pursuant to the laws of the state of Delaware with its principal office in City of Rockford, Winnebago County, Illinois, certifies that it is publisher of

The **Rockford Register Star**

that such paper is secular newspaper of general circulation in said county; that it is printed and published in the City, County and State aforesaid, it hereby further certifies that a notice of which the annexed notice is a true copy, has been legally published in said newspaper.

_____ Time for __3__ successive weeks

That the first publication was on the __7__ day of _May_ 20 _08_

The last publication was on the __21__ day of _May_ 20 _08_

It further certifies that said newspaper has been regularly published for one year prior to the first publication of said notice.

IN WITNESS WHEREOF the said GATEHOUSE MEDIA INC. Information Network, Inc., publisher aforesaid, has hereunto caused its corporate name to be hereunto signed on this _20_ day of _May_ A.D. 20_08_ by its duly authorized agent pursuant to a resolution adopted by the Board of Directors of GATEHOUSE MEDIA, INC.

RESOLVED, that a certificate of publication of legal notices may be signed on behalf of this corporation and its corporate name with or without its corporate seal by any or either of the following offices or agents: President, Secretary, Asst. Secretary, Comptroller, or Cashier.

**GATEHOUSE MEDIA, INC.**

By _____

Its _____ 20___

Printers Fee $ _73.21_  Paid _____

---

NOTICE OF FORFEITURE
On February 7, 2008, the United States District Court for the Northern District of Illinois, in a case entitled United States v. Bethann R. Gilroy, No. 07 CR 50052, ordered forfeiture to the United States of the following property pursuant to 18 U.S.C. § 98(a)(1)(C) as incorporated by 28 U.S.C. § 2461(c):

one 2004 Harley Davidson Sportster motorcycle, bearing VIN 1HD1CGP104K314751.

The Attorney General of the United States intends to dispose of the property in accordance with 21 U.S.C. § 853(n)(2), as incorporated by 28 U.S.C. § 2461(c); any persons or entities alleging an interest in such properties must file a petition with the Court and the United States Attorney's Office, 308 West State Street, Suite 300, Rockford, Illinois 61101, within thirty (30) days of either the publication of this notice or receipt thereof by mail, whichever is earlier. The petition must be signed by the petitioner under penalty of perjury and must set forth:
(1) the nature and extent of the petitioner's right, title or interest in such property;
(2) the time and circumstances of the petitioner's acquisition of the right, title or interest in the property;
(3) any additional facts supporting the petitioner's claim; and
(4) the relief sought.

A hearing on the petitions may be held by the Court, notice of which shall be given to all Petitioners. If you fail to file a petition to assert your right, title or interest in the above-described property, within thirty (30) days of this notice, your right, title and interest in this property shall be defaulted and declared forfeit to the United States. The United States then shall have clear title to the property herein described and may warrant good title to any subsequent purchaser or transferee.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

KIM R. WIDUP
United States Marshal
Northern District of Illinois
219 South Dearborn Street, Room 2444
Chicago, Illinois 60604
RRS Mar 7, 14, 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 07 CR 50052 |
| U.S. v. Bethann Gilroy | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 6, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2008.

*Katie Miller* (signature)

Katie Miller
Contract Forfeiture Paralegal

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION
## COURT CASE NUMBER: 07 CR 50052; NOTICE OF FORFEITURE

Notice is hereby given that on February 07, 2008, in the case of <u>U.S. v. Bethann Gilroy</u>, Court Case Number: 07 CR 50052, the United States District Court for the Northern District of Illinois entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

> 2004 Harley Davidson Sportster Motorcycle VIN #1HD1CGP104K31451. VIN# (08-USP-000134), which was seized from Gilroy, Bethann R. on January 08, 2008 at 6820 Friday Road, located in Byron, IL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (March 06, 2008) of this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The petition must be filed with the Clerk of the Court, 211 South Court Street, Rockford, IL 61101, and a copy served upon Assistant United States Attorney Joseph C. Pedersen, 308 West States Street, Suite 300, Rockford, IL 61101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 6, 2008 and April 4, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Bethann Gilroy
**Court Case No:** 07 CR 50052
**For Asset ID(s):** 08-USP-000134 2004 Harley Davidson Sportster Motorcycle VIN #1HD1CGP104K31451.

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/06/2008 | 22.7 | Verified |
| 2 | 03/07/2008 | 23.6 | Verified |
| 3 | 03/08/2008 | 23.5 | Verified |
| 4 | 03/09/2008 | 22.6 | Verified |
| 5 | 03/10/2008 | 21.5 | Verified |
| 6 | 03/11/2008 | 22.7 | Verified |
| 7 | 03/12/2008 | 22.8 | Verified |
| 8 | 03/13/2008 | 22.8 | Verified |
| 9 | 03/14/2008 | 22.5 | Verified |
| 10 | 03/15/2008 | 22.8 | Verified |
| 11 | 03/16/2008 | 22.8 | Verified |
| 12 | 03/17/2008 | 22.7 | Verified |
| 13 | 03/18/2008 | 22.8 | Verified |
| 14 | 03/19/2008 | 22.8 | Verified |
| 15 | 03/20/2008 | 22.8 | Verified |
| 16 | 03/21/2008 | 22.7 | Verified |
| 17 | 03/22/2008 | 22.8 | Verified |
| 18 | 03/23/2008 | 22.8 | Verified |
| 19 | 03/24/2008 | 22.8 | Verified |
| 20 | 03/25/2008 | 22.9 | Verified |
| 21 | 03/26/2008 | 22.8 | Verified |
| 22 | 03/27/2008 | 22.6 | Verified |
| 23 | 03/28/2008 | 22.8 | Verified |
| 24 | 03/29/2008 | 23.5 | Verified |
| 25 | 03/30/2008 | 23.5 | Verified |
| 26 | 03/31/2008 | 23.5 | Verified |
| 27 | 04/01/2008 | 23.6 | Verified |
| 28 | 04/02/2008 | 23.6 | Verified |
| 29 | 04/03/2008 | 23.5 | Verified |
| 30 | 04/04/2008 | 23.4 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Katie Miller in the Northern District of Illinois at 312-353-5300.