# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50052 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA vs. Bethann Gilroy | | |

**DOCKET ENTRY TEXT:**

United States' motion for entry of final order of forfeiture [18] is granted. Enter final order of forfeiture.

*[signature]*

Notices mailed by Judicial staff.

F I L E D

MAY 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | sw |
|---|---|---|